IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PLUMBERS & PIPEFITTERS LOCAL )
UNION NO. 803 HEALTH & WELFARE )
FUND; PLUMBERS & PIPEFITTERS )
LOCAL UNION NO. 803 PENSION )
FUND; and, CARL GREGORY; )
BRANDON THOMAS; GARY )
MONSON, TIM MILES, PAUL JONES, )
and STEVE PATIRY as TRUSTEES )
FOR THE FUNDS )
                                               )
      Plaintiffs, )
                                               ) Case No.: 6:20-cv-01531-CEM-DCI
                                             )
vs. )
                                             )
KEY MECHANICAL, a Florida Corporation, )
                                             )
      Defendant. )
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL**

PLAINTIFFS, by and through their undersigned counsel, hereby request this Honorable Court to enter an Order dismissing this case with prejudice, and state as follows:

1. This action has been resolved between Plaintiffs and Defendant.

2. Plaintiffs desire to voluntarily dismiss this action with prejudice.

3. Counsel for Plaintiffs has conferred with Counsel for Defendant, and Counsel for Defendant has stated there is no opposition to this motion.

**WHEREFORE,** Plaintiffs request the Court enter a dismissal with prejudice in this action.

RESPECTFULLY SUBMITTED this 18th day of March, 2021.

        s/Thomas L .Johnson
        Florida Bar No.: 997447
        Johnson & Caggia Law Group
        867 W. Bloomingdale Ave., Suite 6325
        Brandon, Florida 33508
        (813) 361-1244
        tom@tjlawpa.com
        Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic transmission to:

    Andrea Donohoe
    Donohoe Law, P.A.
    5300 South Orange Avenue
    Suite 1
    Orlando, Florida 32809
    andrea@donohoelawpa.com

this 18th day of March, 2021.

        s/Thomas L. Johnson
        Attorney